IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE RAMOS, | No. 4:25-CV-01203 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SANCITY, LLC, MUHAMED MOHAMUD, and AMAZON LOGISTICS, INC., | |
| Defendants. | |

## ORDER

**FEBRUARY 20, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' motions to dismiss pursuant to Rule 12(b)(6), Docs. 17 and 19, are **GRANTED IN PART** and **DENIED IN PART** as follow:

1. The motions to dismiss are denied as to the direct negligence claim against Muhamed Mohamud and the vicarious liability claim against Amazon Logistics, Inc.

2. The motions to dismiss are granted without prejudice as to the direct negligence claims against Amazon Logistics and Sancity, LLC, including the negligent hiring and supervision claims, and as to the vicarious liability claim against Sancity.

2

3. Plaintiff may file a further amended complaint within twenty-one (21) days of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge